**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00273-CV**
_____

**VERNON VELDEKENS, MARCEL TOWN CENTER CROSS CREEK, LLC, MARCEL TOWN CENTER RIVERSTONE, LLC, MARCEL BOULEVARD, LLC, APEX SUITES 1, LLC, APEX SUITES 2, LLC, APEX SUITES 3, LLC, ATELIER SALON SUITES, 1, LLC, ATELIER SALON SUITES 2, LLC, THE PERFECT ROUND 1, LLC, THE PERFECT ROUND 2, LLC, AND THE PERFECT ROUND 3, LLC, Appellants**

**V.**

**BOWERMAN CONTRACTING, LLC, Appellee**

_____

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-05-06903-CV**
_____

**MEMORANDUM OPINION**

Appellants Vernon Veldekens, Marcel Town Center Cross Creek, LLC, Marcel Town Center Riverstone, LLC, Marcel Boulevard, LLC, Apex Suites 1, LLC, Apex Suites 2, LLC, Apex Suites 3, LLC, Atelier Salon Suites, 1, LLC, Atelier Salon Suites 2, LLC, The Perfect Round 1, LLC, The Perfect Round 2, LLC, and

1

The Perfect Round 3, LLC, filed an unopposed motion to dismiss without prejudice this accelerated appeal from the trial Court's August 12, 2022 order denying Defendants' Motion to Abate and Compel Arbitration. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 21, 2022
Opinion Delivered December 22, 2022

Before Golemon, C.J., Horton and Johnson, JJ.